IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAURA BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 13 C 50153 |
| vs. ) | |
| ) | Judge Frederick J. Kapala |
| AHED of ILLINOIS, INC. d/b/a ) | |
| ROCKFORD CAREER COLLEGE, ) | Magistrate Judge Iain David Johnston |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION TO DISMISS

All matters in controversy having been compromised and settled, the parties, Plaintiff, Laura Baker, and Defendant, AHED of Illinois, Inc., through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) do hereby jointly stipulate and agree that this matter may be dismissed with prejudice and in bar of further suit, including all claims, cross-claims, counter-claims and pending motions or petitions before the Court.

| | |
|---|---|
| /s/ Michael F. Iasparro | /s/ Stephen E. Balogh |
| Attorney for defendant, | Attorney for plaintiff, |
| AHED OF ILLINOIS, INC. | LAURA BAKER |
| Hinshaw & Culbertson LLP | WilliamsMcCarthy LLP |
| 100 Park Avenue | 120 W. State St., Suite 400 |
| Rockford, IL 61101 | Rockford, IL 61101 |
| (815) 490-4900 | (815) 987-8946 |
| MIasparro@hinshawlaw.com | SBalogh@wilmac.com |

## CERTIFICATE OF LAWYER

      The undersigned hereby certifies that on June 30, 2014, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Attorney Michael F. Iasparro
Hinshaw & Culbertson
P.O. Box 1389
Rockford, IL  61105-1389

           /s/  Stephen E. Balogh
          Stephen E. Balogh
          Attorney for plaintiff
          LAURA BAKER
          WilliamsMcCarthyLLP
          120 W. State St., Suite 400
          P.O. Box 219
          Rockford, IL  61105-0219
          Telephone:  (815) 987-8946
          Facsimile:  (815) 968-0019
          E-mail:  sbalogh@wilmac.com